court at the April term, 1923. Reversed and cause remanded. Opinion filed July 10, 1923.

A. F. Miller, for appellant. Hoff & Hoff, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**William E. Reiber, appellee, v. John H. Leinweber, appellant. Gen. No. 7,613.**

Assumpsit for services, materials and merchandise. Judgment for plaintiff. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed July 10, 1923.

A. Clay Williams and Paul F. Grote, for appellant. L. T. Graham and Capps & Weaver, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**Peter Bardon, administrator of the estate of Alfred Bardon, deceased, appellee, v. The Excelsior Stove & Manufacturing Company, appellant. Gen. No. 7,617.**

Suit for damages for death by drowning due to boating accident. Same accident gave rise to Bardon v. Excelsior Stove & Manufacturing Company, 231 Ill. App. 366, which opinion states case fully. Judgment for plaintiff for $4,000. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

C. H. Wood and Hartzell, Cavanagh, Martin & Hartzell, for appellant. John E. Wall, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**George W. Jackson, appellee, v. J. J. McCarty, executor of the estate of John Condon, deceased, appellant. Gen. No. 7,562.**

Suit for real estate broker's commission. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923.

Dyas & Redman and O'Hair & McClain, for appellant. James K. Lauher, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**E. S. Spindel, appellee, v. Elizabeth Aldrich, appellant. Gen. No. 7,569.**

Claim for surgeon's fee for performing operation on defendant's minor son. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. J. B. Weaver, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed July 10, 1923.

H. A. Converse, for appellant. George W. Kenney, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.